**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0191

June Medical Services, LLC d/b/a Hope Medical Group for Women

- - Versus - -

Louisiana Department of Health and Rebekah Gee, M.D., in her official capacity as Secretary of the Louisiana Department of Health

19th Judicial District Court
Case #: 657201
East Baton Rouge Parish

On Application for Rehearing filed on 03/13/2020 by Louisiana Department of Health & Rebekah Gee M.D.

Rehearing ___denied___

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Guy Holdridge

Date ___JUL 0 8 2020___

_____
Rodd Naquin, Clerk